IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:  Anina Marie Rincon<br>16507 Sentinel Drive<br>Houston, TX  77053<br><br>DEBTOR | CHAPTER 13<br><br>CASE NO. 18-30361-H1 |

**NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS**

   Comes now the standing Chapter 13 Trustee who would show the Court that he has examined the proofs of claim.  After such examination, the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below.

   IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 21 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE;  OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT RELIEF.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| Anina Marie Rincon<br>16507 Sentinel Drive<br>Houston, TX  77053 | $0.00 | DEBTOR REFUND |
| US BANK TRUST NATIONAL ASSOCIATION<br>AS TRUSTEE OF BUNGALOW SERIES F<br>TRUST<br>BSI FINANCIAL SERVICES<br>314 S FRANKLIN STREET 2ND FLOOR<br>TITUSVILLE, PA  16354 | Claim Filed.<br>Ongoing amount<br>subject to change | ON-GOING MORTGAGE (THRU PLAN)<br>ACCT:  1029<br>COMM:  2/18-1/23 |
| US BANK TRUST NATIONAL ASSOCIATION<br>AS TRUSTEE OF BUNGALOW SERIES F<br>TRUST<br>BSI FINANCIAL SERVICES<br>314 S FRANKLIN STREET 2ND FLOOR<br>TITUSVILLE, PA  16354 | $18,426.42 | MTG-PREPETITION ARREARS<br>ACCT:  1528<br>COMM:  (NO POC) |
| INTEGRITY TEXAS FUNDING, LP<br>3440 PRESTON RIDGE ROAD  SUITE 500<br>ALPHARETTA, GA  30005 | $1,341.63 | MOTOR VEHICLE (POST 10/17/05)<br>ACCT:  0004<br>COMM:  2002 town & country mini van (PAY CL) |

CASE NO.  18-30361-H1   Anina Marie Rincon

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUAIL BRIDGE CIA<br>C/O NORTH LAW PC<br>1010 LAMAR ST SUITE 1500<br>HOUSTON, TX  77002 | $6,153.47 | SECURED CREDITOR<br>ACCT:  16507 SENTINEL DR<br>COMM:  HOA |
| US BANK TRUST NA AS TRUSTEE<br>BSI FINANCIAL SERVICES<br>1425 GREENWAY DR STE 400<br>IRVING, TX  75038 | $0.00 | TO BE PAID OUTSIDE THE PLAN<br>ACCT:  1029<br>COMM:  16507 SENTINEL DRIVE |
| BSI FINANCIAL SERVICES<br>1425 GREENWAY DRIVE, #400<br>IRVING, TX  75038 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| MCCARTHY HOLTHUS & ACKERMAN<br>1255 WEST 15TH STREET STE 1060<br>PLANO, TX  75075 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| SETERUS INC<br>PO BOX 1047<br>HARTFORD, CT  06143 | $0.00 | PARTY REQUESTING NOTICE<br>COMM: NOTICE ONLY |
| AGUINAGA & ASSOCIATES<br>JESSE AGUINAGA<br>8323 SW FREEWAY, STE 670<br>HOUSTON, TX  77074 | $3,091.05 | ATTORNEY FEES<br>COMM:  ATTY FEE APP 1/19/18 TO 4/30/18; S/ORDER 5/10/18 |
| EQUIFAX<br>1550 PEACH TREE STREET, N.W.<br>ATLANTA, GA  30309 | $0.00 | PARTY REQUESTING NOTICE<br>COMM: NOTICE ONLY |
| INTERNAL REVENUE SERVICE***<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00 | PARTY REQUESTING NOTICE<br>COMM: NOTICE ONLY |
| EXPERIAN<br>475 ANTON BLVD<br>COSTA MESA, CA  92626 | $0.00 | PARTY REQUESTING NOTICE<br>COMM: NOTICE ONLY |
| TRANS UNION<br>2 BALDWIN PLACE<br>1510 CHESTER PIKE<br>CRUM LYNNE, PA  19022 | $0.00 | PARTY REQUESTING NOTICE<br>COMM: NOTICE ONLY |
| WILLIAMSON & BROWN LLC<br>4691 CLIFTON PKWY<br>HAMBURG, NY  14075 | $510.00 | UNSECURED CREDITOR<br>ACCT:  4145<br>COMM:  MONEY LOANED |

CASE NO.  18-30361-H1   Anina Marie Rincon

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AGUINAGA & ASSOCIATES<br>JESSE AGUINAGA<br>8323 SW FREEWAY, STE 670<br>HOUSTON, TX  77074 | $0.00 | PARTY REQUESTING NOTICE |
| LAW OFFICES OF MICHELLE GHIDOTTI<br>JENNIFER R BERGH ESQ<br>1920 OLD TUSTIN AVE<br>SANTA ANA, CA  92705 | $0.00 | PARTY REQUESTING NOTICE<br>COMM:  NOTICE ONLY |
| **TOTAL:** | **$29,522.57** | |

CASE NO. 18-30361-H1   Anina Marie Rincon

A NOTICE HAS BEEN SENT ON THIS DATE TO EACH CREDITOR SHOWN ABOVE, ADVISING EACH CREDITOR OF THE INFORMATION CONTAINED IN THIS NOTICE.  ALL CREDITORS HAVE BEEN ADVISED TO CONTACT THE TRUSTEE IF THE CREDITOR DISAGREES WITH THE INFORMATION CONTAINED ON THIS NOTICE.  A COPY OF THIS NOTICE HAS ALSO BEEN SENT TO THE DEBTOR, DEBTOR'S COUNSEL AND THE UNITED STATES TRUSTEE.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.

IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE TRUSTEE'S ACTION SHALL BE DEEMED TO BE UNOPPOSED PURSUANT TO 11 U.S.C. SEC. 101(1)(B).  IF YOU REQUEST A HEARING, YOU MUST SERVE A COPY OF YOUR REQUEST FOR HEARING ON THE TRUSTEE, THE DEBTOR, AND AFFECTED CREDITOR.

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed as shown above for the purpose of distribution pursuant to the confirmed plan and other orders of this Court, and that any objection to claim not filed within twenty days after service hereof be barred .

DATED: May 15, 2019                                    /s./ David G. Peake

DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Trustee's Notice of Intent to Pay Claims has been served on the listed parties by mailing a copy of same to the address listed above via first class mail May 20, 2019.

Electronically signed by
David G. Peake, Chapter 13 Trustee